United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 15-15671-elf
Raymond T. Markle                                                                          Chapter 13
Mary Lou Markle
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: 138OBJ | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Raymond T. Markle, Mary Lou Markle, 261 Stone Ridge Drive, Jeffersonville, PA 19403-5220 |
| 13577487 | + | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 13616880 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13799291 | | Bank Of America, PO Box 31785, Tampa, FL 33631-3785 |
| 13577488 | + | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 13645376 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13577490 | | Bureau Of Account Mana, Bureau Of Account, Camp Hill, PA 17011 |
| 13577498 | + | Delaware Valley Vision Associates, 200 Mall Blvd, King of Prussia, PA 19406-2902 |
| 13577501 | + | First National Bank, Attention:FNN Legal Dept, 1620 Dodge St. Stop Code: 3290, Omaha, NE 68197-0003 |
| 13620132 | + | First National Bank of Omaha, c/o Brumbaugh and Quandahl, P.C., 4885 S. 118th Street, Ste 100, Omaha, NE 68137-2241 |
| 13577502 | + | Great Valley Neurological Assoc, LLC, 11 Industrial Blvd, Suite 204, Paoli, PA 19301-1620 |
| 13577505 | | Paoli Hospital, PO Box 784876, Philadelphia, PA 19178-4876 |
| 13577508 | | Pinnacle ENT Associates, LLC, PO Box 822336, Philadelphia, PA 19182-2336 |
| 14566768 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13676581 | | The Bank Of New York Mellon Fka et al., Bank of America, N.A., Po Box 31785, Tampa, FL 33631-3785 |
| 13629792 | + | Wells Fargo Bank, N.A. as Trustee for WaMu Mortgag, Chase Records Center, Attn: Correspondence Mail, Mail code LA4-5555, 700 Kansas Lane Monroe, LA 71203-4774 |
| 14616216 | + | Wells Fargo Bank, N.A., as Trustee for the WaMu M, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2021 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 16 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13582661 | | Email/Text: ally@ebn.phinsolutions.com | Nov 16 2021 23:48:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13577486 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 16 2021 23:48:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13610712 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2021 23:54:08 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 13622682 | + | Email/Text: bncmail@w-legal.com | | |

Case 15-15671-elf    Doc 62    Filed 11/18/21    Entered 11/19/21 00:37:06    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: 138OBJ | Total Noticed: 48 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Nov 16 2021 23:48:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13577500 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2021 23:54:08 | Exxmblciti, Attn.: Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195 |
| 13577511 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2021 23:54:19 | Shell Oil / Citibank, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 13577512 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2021 23:54:13 | Sunoco/citi, Attention: Bankruptcy, 7920 Nw 110th St., Kansas City, MO 64153 |
| 13577492 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 23:54:07 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13577493 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 23:54:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14306855 | + Email/PDF: ebn_ais@aisinfo.com | Nov 16 2021 23:54:08 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 13589074 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 23:54:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13577496 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2021 23:54:19 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13577497 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 16 2021 23:48:00 | Comenity Bank/Woman Within, Attention: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 13584709 | Email/Text: mrdiscen@discover.com | Nov 16 2021 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13577499 | + Email/Text: mrdiscen@discover.com | Nov 16 2021 23:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13605074 | + Email/Text: Bankruptcy@absoluteresolutions.com | Nov 16 2021 23:48:00 | Icon Equities LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 13577503 | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2021 23:54:12 | JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 13577494 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 16 2021 23:54:07 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13577495 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 16 2021 23:54:17 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 13589071 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2021 23:54:08 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13577504 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2021 23:54:13 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 13577506 | Email/Text: pasi_bankruptcy@chs.net | Nov 16 2021 23:48:00 | PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 13577507 | + Email/Text: mmrgbk@miramedrg.com | Nov 16 2021 23:48:00 | Pellettieri, 991 Oak Creek Dr, Lombard, IL 60148-6408 |
| 13577509 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2021 23:54:12 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13611938 | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2021 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13577510 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2021 23:54:19 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 13617213 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 23:54:12 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE |

Case 15-15671-elf   Doc 62   Filed 11/18/21   Entered 11/19/21 00:37:06   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: 138OBJ | Total Noticed: 48 |

| 13577513 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | 68501-2609 |
|---|---|---|---|
| | | | Nov 16 2021 23:54:07   Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13616881 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13636843 | * | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 13670060 | * | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 13577489 | ##+ | Bk Of Amer, 1800 Tapo Canyon Road, Simi Valley, CA 93063-6712 |
| 13642076 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Bank Of America  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor Raymond T. Markle CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Mary Lou Markle CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Select Portfolio Servicing  Inc as servicer for Wells Fargo Bank, N.A., as Trustee for the WaMu Mortgage Pass-Through Certificates, Series 2004-PR2 pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Select Portfolio Serviicing  Inc. as servicer for Wells Fargo Bank, N.A., as Trustee for the WaMu Mortgage Pass-Through Certificates, Series 2004-PR2 pabk@logs.com, klittle@logs.com;logsecf@logs.com |

District/off: 0313-2  User: admin  Page 4 of 4
Date Rcvd: Nov 16, 2021  Form ID: 138OBJ  Total Noticed: 48

LEEANE O. HUGGINS
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Raymond T. Markle and Mary Lou Markle

    Debtor(s)

Case No: 15−15671−elf

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/16/21