United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-15671-elf
Raymond T. Markle  Chapter 13
Mary Lou Markle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 10, 2021     Form ID: 3180W     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Raymond T. Markle, Mary Lou Markle, 261 Stone Ridge Drive, Jeffersonville, PA 19403-5220 |
| 13645376 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13620132 | + | First National Bank of Omaha, c/o Brumbaugh and Quandahl, P.C., 4885 S. 118th Street, Ste 100, Omaha, NE 68137-2241 |
| 13629792 | + | Wells Fargo Bank, N.A. as Trustee for WaMu Mortgag, Chase Records Center, Attn: Correspondence Mail, Mail code LA4-5555, 700 Kansas Lane Monroe, LA 71203-4774 |
| 14616216 | + | Wells Fargo Bank, N.A., as Trustee for the WaMu M, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 10 2021 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 11 2021 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2021 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 10 2021 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13582661 | | EDI: GMACFS.COM | Dec 11 2021 04:48:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 13616880 | | EDI: BECKLEE.COM | Dec 11 2021 04:48:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13799291 | | EDI: BANKAMER.COM | Dec 11 2021 04:48:00 | Bank Of America, PO Box 31785, Tampa, FL 33631-3785 |
| 13610712 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2021 00:02:02 | CACH, LLC, PO Box 10587, Greenville SC 29603-0587 |
| 13622682 | + | Email/Text: bncmail@w-legal.com | Dec 10 2021 23:51:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14306855 | + | EDI: AIS.COM | Dec 11 2021 04:53:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 13589074 | | EDI: CAPITALONE.COM | Dec 11 2021 04:48:00 | Capital One Bank (USA), N.A., PO Box 71083, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: 3180W | Total Noticed: 21 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 13584709 | | EDI: DISCOVER.COM | Dec 11 2021 04:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13605074 | + | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 10 2021 23:51:00 | Icon Equities LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 13589071 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2021 00:02:05 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13611938 | | EDI: Q3G.COM | Dec 11 2021 04:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13676581 | | EDI: BANKAMER.COM | Dec 11 2021 04:48:00 | The Bank Of New York Mellon Fka et al., Bank of America, N.A., Po Box 31785, Tampa, FL 33631-3785 |
| 13617213 | | EDI: CAPITALONE.COM | Dec 11 2021 04:48:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13616881 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13642076 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2021          Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Bank Of America  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor Raymond T. Markle CourtNotices@rqplaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2021 | Form ID: 3180W | Total Noticed: 21 |

JOSEPH L QUINN
    on behalf of Joint Debtor Mary Lou Markle CourtNotices@rqplaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Select Portfolio Servicing  Inc as servicer for Wells Fargo Bank, N.A., as Trustee for the WaMu Mortgage Pass-Through Certificates, Series 2004-PR2 pabk@logs.com, klittle@logs.com;logsecf@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Select Portfolio Serviicing  Inc. as servicer for Wells Fargo Bank, N.A., as Trustee for the WaMu Mortgage Pass-Through Certificates, Series 2004-PR2 pabk@logs.com, klittle@logs.com;logsecf@logs.com

LEEANE O. HUGGINS
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raymond T. Markle<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6563<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mary Lou Markle<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6082<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 15–15671–elf | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond T. Markle                    Mary Lou Markle

12/9/21                              **By the court:** Eric L. Frank
                                                     United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**