United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 15-15671-elf
Raymond T. Markle  Chapter 13
Mary Lou Markle
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2022 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Raymond T. Markle, Mary Lou Markle, 261 Stone Ridge Drive, Jeffersonville, PA 19403-5220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2022  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Bank Of America  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor Raymond T. Markle CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Mary Lou Markle CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 06, 2022 | Form ID: 195 | Total Noticed: 1 |

KRISTEN D. LITTLE
    on behalf of Creditor Select Portfolio Serviicing Inc. as servicer for Wells Fargo Bank, N.A., as Trustee for the WaMu Mortgage Pass-Through Certificates, Series 2004-PR2 pabk@logs.com, klittle@logs.com;logsecf@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Select Portfolio Servicing Inc as servicer for Wells Fargo Bank, N.A., as Trustee for the WaMu Mortgage Pass-Through Certificates, Series 2004-PR2 pabk@logs.com, klittle@logs.com;logsecf@logs.com

LEEANE O. HUGGINS
    on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com

REBECCA ANN SOLARZ
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Raymond T. Markle and Mary Lou Markle  : Case No. 15−15671−elf

   Debtor(s)

### *ORDER*
_____

 AND NOW, this day , 6th of January 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

 ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

           By The Court

           Eric L. Frank
           Judge , United States Bankruptcy Court